George B. Ball, Respondent, v. John F. Doherty, Appellant; and Another, Defendant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Solomon Bernikow and Reuben Lasofsky, Respondents, v. Brooklyn House-wrecking Company, Appellant.— Motion denied, on condition that the appellant pay the respondents ten dollars costs, perfect its appeal within ten days, place the case at the foot of the present calendar, and be ready for argument when reached. Otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Jeannette Demuth, Appellant, v. George Kemp and Others, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Eastman Kodak Company, Respondent, v. S. Prussin & Company, Appellant. — If plaintiff omits to enter the order denying the motion for a new trial, defendant may enter it. Motion to dismiss appeal denied, without costs, with leave to renew if appeal is not perfected and case brought on for argument at the next term of this court. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.; Rich, J., taking no part.

Frederick G. Feldhus, Appellant, v. Henry Pistor and Another, Respondents. — Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Carlos Heath, Respondent, v. Frank L. Haggerty, Appellant.— Motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.